Form 13amdntc

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois

216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* Douglas Paul Gradert                              *Case No.:* 23−80152
*Debtor*

                                                                     *Chapter:* 13

---

## NOTICE OF AMENDMENT

**NOTICE IS HEREBY PROVIDED:**

The debtor(s) filed an Amendment to Schedule(s) E/F on 4/11/2023, either adding you as a creditor in this case or modifying the way in which you were originally listed on the schedules. If you have not received a copy of the Amendment, you may contact the debtor's attorney at the following address and phone number:

Justin Raver
Barash & Everett LLC
211 West Second Street
Kewanee, IL 61443

309−852−5555

Copies of the Notice of Commencement of the case and of the Chapter 13 plan are enclosed. The deadlines provided in the notice are applicable to all creditors, even those who may be added after the petition is filed. Within thirty days after the expiration of the claim date, the debtor or the trustee may file a claim on a creditor's behalf. If such a claim is filed on your behalf, you have the right to amend the claim to correct the amount of the claim or its status as priority, secured or unsecured.

**To file a claim, please go to our website at http://www.ilcb.uscourts.gov to file your claim electronically. No login or password is required to file a claim electronically on our website.**

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Upon completion of the plan, only those claims that are "provided for" in the plan will be subject to discharge. 11 U.S. C. Section 1328(a). If you had no knowledge of the bankruptcy proceeding and did not receive this notice in time to file a claim, you should consult with an attorney concerning the status of your claim and your rights in this case.

*Dated:* 4/11/23

                                                          /S/   Adrienne D. Atkins
                                                      Clerk, U.S. Bankruptcy Court

Enclosures

    Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.