# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: Douglas Paul Gradert                Case No. 23-80152

Appearances at First Meeting: Ms. Leslie Day apppeared for as , Attorney

## Plan Information

Plan: 1st Amended Plan
Plan Payment: $1,008.00 for 60 months

Plan Term: 60 months        Approx. 100% Plan

| | |
|---|---|
| Priority Creditors | $ - |
| Arrearage | $ - |
| Secured Creditors | $ 18,690.08 |
| Special Unsecured | $ - |
| General Unsecured | $ 31,836.92 |
| Attorney Fee | $ 3,905.00 |
| Trustee Fee | $ 6,048.00 |
| Total Plan | $ 60,480.00 |

Wage Deduction: XX Yes    No

Direct Payments: Debtor is paying two lease payments for personal property to Progressive Leasing and to Rent a Center outside the Plan

Plan must remain 100%

## Means Test Information

X Over Median         Under Median
X Income Verified
___ Form 122C-2 approved by Trustee
___ Form 122C-2 contested by Trustee
    ___ Income    ___ Standard Deductions
    ___ Additional Expense Deductions
    ___ Debt Payment
___ Amended Form 122C-2 to be filed

| | |
|---|---|
| Line 45-Mo. Disposable Income: | $ 1,971.05 |
| Sixty Month Total: | $ 118,263.00 |
| Total Plan Distribution to Unsecured Creditors: | $ 31,836.92 |
| Estimated General Unsecured: | $ 31,821.00 |

## Trustee Recommendations

XX Confirm Plan as filed
___ Confirm Plan with the following Changes:

___ Amended Plan to be filed within ___ days
___ Amended Schedule to be filed within ___ days
___ Request Confirmation Hearing
    ___ Feasibility    X Best Interest of Creditors Test    ___ Valuation of Collateral
    X Excess Disposable Income    ___ Other:

Signed: /s/ Marsha L. Combs-Skinner        Dated: 5/2/2023
Marsha L. Combs-Skinner, Chapter 13 Trustee