Form amplnntc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

*In Re:* Douglas Paul Gradert
*Debtor(s)*

*Case No.:* 23−80152

*Chapter:* 13

## NOTICE

Notice is hereby provided:

On 4/11/23, the debtor(s) filed a First Amended Chapter 13 Plan (Document Number **14**).

If you have not received a copy of the First Amended Plan, you should contact the debtor's attorney and request a copy.

Attorney for Debtor

Justin Raver
Barash & Everett LLC
211 West Second Street
Kewanee, IL 61443

309−852−5555

The First Amended Plan referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you disagree with the treatment of your claim under the First Amended Plan or do not want the First Amended Plan confirmed for any reason, the Court will consider your views upon the filing of a ***written*** objection with the Court which explains your position.

YOU ARE FURTHER NOTIFIED that **5/27/23** is set as the last date for filing a written objection to confirmation of the First Amended Plan. If no objections are filed, the Court will enter an order confirming the First Amended Plan.

Dated: 5/4/23

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:  Case No. 23-80152-pwh
Douglas Paul Gradert  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0753-1     User: admin     Page 1 of 3
Date Rcvd: May 04, 2023     Form ID: amplnntc     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Paul Gradert, PO Box 484, Annawan, IL 61234-0484 |
| 7361643 | + | Bridgeway, Inc., 2323 Windish Drive, Galesburg, IL 61401-9780 |
| 7361645 | + | Citizens Finance Co., 2174 W. Kimberly Road, Davenport, IA 52806-5368 |
| 7369419 | + | DG Enterprises LLC, POB 986, New Lenox, IL 60451-0986 |
| 7361650 | + | Empower, PO Box 173764, Denver, CO 80217-3764 |
| 7361658 | + | Genesis Health System, 5320 - 22nd Avenue, PO Box 672, Moline, IL 61266-0672 |
| 7361660 | + | H. Wayne Statham, Esq., Statham & Long, LLC, 117 E. Main Street, #101, Galesburg, IL 61401-4664 |
| 7361661 | + | Hammond Henry Hospital, PO Box 1826, Scottsbluff, NE 69363-1826 |
| 7361663 | + | Henry County, 307 W. Center, Cambridge, IL 61238-1232 |
| 7361664 | + | Hulu, 2500 Broadway, Santa Monica, CA 90404-3071 |
| 7361667 |   | Liberty Mutual, Bldg II, Suite 1015, Media, PA 19063 |
| 7361668 | + | Lloyd's Plan, Inc./LPI Loans, Attn: Bankruptcy, 3717 Brady Street, Davenport, IA 52806-6022 |
| 7361669 | + | Netflix, 100 Winchester Circle, Los Gatos, CA 95032-1815 |
| 7361672 | + | OSF Saint Francis Medical Center, 530 N.E. Glen Oak Avenue, Peoria, IL 61637-0002 |
| 7361673 | + | OSF St. Luke, 1051 W. South Street, Kewanee, IL 61443-8354 |
| 7361674 | + | Premier Bankcard, Inc., Accounts Receivable Management, Inc., PO Box 129, Thorofare, NJ 08086-0129 |
| 7361683 | + | Vandemore Funeral Homes & Crematory, 580 E. Ogden Avenue, Geneseo, IL 61254-1146 |
| 7365969 | ++ | ZENRESOLVE LLC, JEFF BRONSON, 2770 MISSION RANCHERIA RD #315, LAKEPORT CA 95453-9612 address filed with court:, Little Lake Lending in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7362408 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | May 04 2023 19:21:00 | AMEREN ILLINOIS, 2105 E STATE ROUTE 104, PAWNEE, IL 62558-4685 |
| 7361639 |   | Email/Text: ebn@americollect.com | May 04 2023 19:21:00 | Americollect, P.O. Box 1566, Manitowoc, WI 54221 |
| 7361640 |   | Email/Text: ebn@americollect.com | May 04 2023 19:21:00 | Americollect, Inc, PO Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 7361642 | + | Email/Text: g17768@att.com | May 04 2023 19:21:00 | AT&T, PO BOX 5014, Carol Stream, IL 60197-5014 |
| 7361638 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | May 04 2023 19:21:00 | Ameren, P.O. Box 88034, Chicago, IL 60680-1034 |
| 7361646 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 04 2023 19:21:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 7361649 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 04 2023 19:21:00 | Credit Collection Services, c/o Century Bank, PO Box 55126, Boston, MA 02205-5126 |

Case 23-80152   Doc 24   Filed 05/06/23   Entered 05/07/23 23:27:38   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0753-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: amplnntc | Total Noticed: 52 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 7361647 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 04 2023 19:21:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 7361654 | + Email/Text: bknotice@ercbpo.com | May 04 2023 19:21:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 7361652 | + Email/Text: bknotice@ercbpo.com | May 04 2023 19:21:00 | Enhanced Recovery, PO Box 57610, Jacksonville, FL 32241-7610 |
| 7361651 | + Email/Text: bknotice@ercbpo.com | May 04 2023 19:21:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 7361653 | + Email/Text: bknotice@ercbpo.com | May 04 2023 19:21:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 7361657 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 04 2023 19:29:12 | First Premier Bank, P. O. Box 5147, Sioux Falls, SD 57117-5147 |
| 7361656 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 04 2023 19:29:06 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 7361655 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 04 2023 19:29:12 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 7361659 | + Email/Text: bankruptcy@avadynehealth.com | May 04 2023 19:21:00 | H&R Accounts, Inc., 5320 - 22nd Avenue, PO Box 672, Moline, IL 61266-0672 |
| 7361662 | + Email/Text: financialcounselor@hammondhenry.com | May 04 2023 19:21:00 | Hammond Henry Hospital, 600 N. College, Geneseo, IL 61254-1099 |
| 7361665 | + Email/Text: bankruptcynotifications@ihmvcu.org | May 04 2023 19:21:00 | IH Mississippi Valley CU, Attn: Bankruptcy, 2500 River Drive, Moline, IL 61265-1670 |
| 7367420 | + Email/Text: bankruptcynotifications@ihmvcu.org | May 04 2023 19:21:00 | IH Mississippi Valley Credit Union, 2500 River Drive, Moline, IL 61265-1670 |
| 7361666 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 04 2023 19:21:00 | Jefferson Capital, Dept 6419, PO Box 11407, Birmingham, AL 35246-3035 |
| 7362415 | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 19:29:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7361670 | + Email/Text: sbo.bankruptcy.deceased.hospice@osfhealthcare.org | May 04 2023 19:21:00 | OSF HealthCare, PO Box 775599, Chicago, IL 60677-5599 |
| 7361671 | + Email/Text: sbo.bankruptcy.deceased.hospice@osfhealthcare.org | May 04 2023 19:21:00 | OSF Healthcare, 7978 Solution Center, Chicago, IL 60677-0001 |
| 7362416 | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 19:29:08 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7361675 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 04 2023 19:21:00 | Progressive, 6300 Wilson Mmills Road, Mayfield Village, OH 44143-2182 |
| 7361676 | + Email/Text: ecfbankruptcy@progleasing.com | May 04 2023 19:21:00 | Progressive Leasing, 256 W. Data Dr., Draper, UT 84020-2315 |
| 7361677 | + Email/Text: bankruptcy@rentacenter.com | May 04 2023 19:21:00 | Rent-A-Center, 137 W. South St, Kewanee, IL 61443-3758 |
| 7361678 | Email/Text: thpmc@sbcglobal.net | May 04 2023 19:21:00 | T-H Professional & Medical Collections, Attn: Bankruptcy, PO Box 10166, Peoria, IL 61612 |
| 7361958 | + Email/Text: bknotices@totalcardinc.com | May 04 2023 19:21:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 7361679 | + Email/Text: documentfiling@lciinc.com | May 04 2023 19:21:00 | Telecom Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 7361680 | + Email/Text: bknotices@totalcardinc.com | May 04 2023 19:21:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 7361681 | + Email/Text: bknotices@totalcardinc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 04 2023 19:21:00 | Total Visa/The Bank of Missouri, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 7361682 | | ^ MEBN | | |
| | | | May 04 2023 19:17:49 | Utility Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 7374216 | | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 04 2023 19:29:08 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 7365969 | | Email/Text: ZenResolve@ebn.phinsolutions.com | | |
| | | | May 04 2023 19:21:00 | Little Lake Lending in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7361648 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 7361641 | ##+ | Associated Anesthesiologists, 8600 N. State Route 91, Peoria, IL 61615-7831 |
| 7361644 | ##+ | Citizens Finance Co., 1275 Main Street, Upper Level, Dubuque, IA 52001-4730 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Raver | on behalf of Debtor Douglas Paul Gradert justin@barashlaw.com  janet@barashlaw.com;debbie@barashlaw.com |
| Marsha L Combs-Skinner | marsha@ch13cdil.com  marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 3